IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-50330
Summary Calendar
_____

DAVID PEREZ-CARDENAS

             Petitioner - Appellant

    v.

LUIS GARCIA, District Director, Immigration and
Naturalization Service

             Respondent - Appellee

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-99-CV-116-H
--------------------
October 4, 2000

Before KING, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

     The judgment of the district court dismissing the 28 U.S.C.

§ 2241 habeas petition of David Perez-Cardenas challenging his

deportation proceeding is AFFIRMED.

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.